FILED

MAY 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE COX

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. **08CR 399** |
| vs. | ) | |
| | ) | Violation: Title 18, United States |
| MAURICE PORTER | ) | Code, Section 641 |
| | ) | |

The UNITED STATES ATTORNEY charges:

From in or about April 2006, and continuing to in or about April 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

MAURICE PORTER,

defendant herein, did steal, purloin, and knowingly convert to his own use money of the United States, namely, in excess of $900 in funds administered by the United States Railroad Retirement Board as part of its unemployment insurance program, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

*[signature]*
UNITED STATES ATTORNEY