# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF | United States vs. Maurice Porter | FOR Northern AT ILNC | |

FILED 5-28-08 MAY 28 2008 MAGISTRATE JUDGE SUSAN E. COX UNITED STATES DISTRICT COURT

| PERSON REPRESENTED (Show your full name) | Maurice Porter | 1 ☒ Defendant - Adult <br> 2 ☐ Defendant - Juvenile <br> 3 ☐ Appellant <br> 4 ☐ Probation Violator <br> 5 ☐ Parole Violator <br> 6 ☐ Habeas Petitioner <br> 7 ☐ 2255 Petitioner <br> 8 ☐ Material Witness <br> 9 ☐ Other (Specify) | DOCKET NUMBERS <br> Magistrate <br><br> District Court <br> 08CR399 <br><br> Court of Appeals |
|---|---|---|---|
| CHARGE/OFFENSE (describe if applicable & check box →) | 18 USC 641 — THEFT | ☐ Felony <br> ☒ Misdemeanor | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Home Depot
- IF YES, how much do you earn per month? $ 1400
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 1600
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ___ THE SOURCES ___

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 6,000 — DESCRIPTION Ford Focus 2001

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED
- Total No. of Dependents: ___
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Car Payment | $ 3000 | $ 342 |
| | Rent | $ | $ 850 |
| | Food, Utilities, Gas | $ | $ 700 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) May 28, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Maurice Porter