# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 399 - 1 | **DATE** | 5/28/2008 |
| **CASE TITLE** | United States of America vs. Maurice Porter | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant informed of is rights. Enter order appointing Gerald Collins as counsel for Defendant. Defendant enters plea of not guilty. The Court was advised that a Rule 16.1(a) conference has been held. Status hearing set for 6/10/08 at 10:00 a.m. for a possible change of plea. Enter order setting conditions of release. Order time excluded from today through status hearing pursuant to 18 U.S.C. Section 3161(h)(1)(H). (X-6)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|