# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

UNITED STATES
v.
MAURICE PORTEE

Case Number: 08 CR 399

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MAURICE PORTEE

FILED
May 28, 2008
MAY 28 2008

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | GERALD J. COLLINS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Gerald J. Collins |
| FIRM | Gerald J. Collins |
| STREET ADDRESS | 100 West Monroe, Suite 1310 |
| CITY/STATE/ZIP | Chicago, IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0488089 | TELEPHONE NUMBER (312) 641-1950 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐ | APPOINTED COUNSEL ☒ |