

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 399 - 1 | **DATE** | 6/10/2008 |
| **CASE TITLE** | United States of America vs. Maurice Porter | | |

**DOCKET ENTRY TEXT**

Case called for change of plea hearing. Defendant withdraws plea of not guilty. Defendant enters plea of guilty. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Bond to stand. Sentencing set for 8/12/08 at 10:00 a.m.

*Docketing to mail notices.*

00:20

| | | Courtroom Deputy Initials: | vkd |
|---|---|---|---|