# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 399 - 1 | **DATE** | 7/2/2008 |
| **CASE TITLE** | USA vs. Maurice Porter | | |

**DOCKET ENTRY TEXT**

On the Court's own motion, sentencing set for 8/12/08 at 10:00 a.m. is stricken. Sentencing reset to 8/18/08 at 10:00 a.m.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|